UNITED STATES DISTRICT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE I | : CIVIL ACTION NO.: |
| | : |
| VS. | : 3:01CV278 (DJS) |
| | : |
| CITY OF HARTFORD, ET AL | : OCTOBER 20, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

The plaintiff, Jane Doe I hereby moves for an extension of time to file her response to defendants' Motion for Summary Judgment. The court extended the time previously so that plaintiff could take the deposition of defendant, Acting Chief Deborah Barrows. The deposition took place on September 30, 2003, as originally scheduled however, the deposition had to be continued because Chief Barrows had to pick up her children from daycare. Because of the various schedules of counsel the deposition had to be rescheduled on October 16, 2003, and it was completed on that date. The transcript of the deposition will not be ready until October 24, 2003. The transcript is necessary so portions may be included in plaintiff's response.

Wherefore, the plaintiff respectfully request that she be granted one final continuance until November 7, 2003 to file her response. Counsel for the plaintiff attempted to contact counsel for the defendant in order to get his position on this Motion but was unable to reach him.

**WESLEY S. SPEARS, ESQ.**
ATTORNEY AND COUNSELOR AT LAW
53 RUSS STREET • HARTFORD, CT 06106 • (860) 724-0505 • FAX (860) 249-1533 • JURIS NO. 305297

PLAINTIFF, JANE DOE I


By *Wesley S. Spears* (signature)
Wesley S. Spears
53 Russ Street
Hartford, CT 06106
Tel. 860-724-0505
Fed Bar.CT 01516

## CERTIFICATION

This is to certify that on this 20th day of October, 2003 I hereby mailed a copy of the foregoing to:

Brian P. Leaming, Esq.
225 Asylum Street
Hartford, CT 06103

William J. Melley, Esq.
250 Hudson Street
Hartford, CT 06106

*Wesley S. Spears* (signature)
Wesley S. Spears

WESLEY S. SPEARS, ESQ.
ATTORNEY AND COUNSELOR AT LAW
53 RUSS STREET • HARTFORD, CT 06106 • (860) 724-0505 • FAX (860) 249-1533 • JURIS NO. 305297