UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JANE DOE I** <br> Plaintiff | : |
| v. | : CIVIL NO.: 3:01cv278(DJS) |
| **CITY OF HARTFORD, ET AL** <br> Defendants | : |

**ORDER**

The Plaintiff's Motion for Extension of Time to respond to Defendants' Summary Judgment (Doc. #69) is hereby **GRANTED to and including November 7, 2003.** There will be no further extensions of time granted.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   29th   day of October, 2003.

/s/DJS
Dominic J. Squatrito
United States District Judge