I

## AFFIDAVIT OF JANE DOE II

I, Jane Doe II, hereby swear and affirm as follows:

1. I am the plaintiff in the subject lawsuit.

2. At the age of nineteen, I was propositioned and became a prostitute.

3. I was addicted heroin and cocaine during the period between 1994 through 1998.

4. I used prostitution as a way of supporting my drug habit, including the period between 1994-1998.

5. Since 2000, I have been drug free, after receiving in patient treatment.

6. In 1994, I was working as a prostitute in the City of Hartford when Officer Michael Basile coerced me into engaging in sexual intercourse with him, under threat of arrest.

7. I was continually subjected to sexual assault by eight to ten Hartford police officers over a four year period from 1994-1998.

8. The officers coerced me into engaging in sexual intercourse, oral sex and use of a police baton on my private parts, under threat of arrest.

9. I observed police officers over the same four years pick up many prostitutes in police cruisers and watched them transported to undisclosed locations and returned to Stonington Street in Hartford, Connecticut or other locations.

10. In subsequent conversations, many other prostitutes indicated to me that they had been forced to engage in sex, under threat of arrest.

11. In 1994, I reported that I had been sexually assaulted by a Hartford police officer to a uniform Hartford police officer, I was transported to Hartford Police Department Headquarters by a police lieutenant who also was aware of the assault.

12. I was put in a holding room and two plain clothes officer and an officer in uniform came into the room to interview me.

13. As I gave my complaint the uniform officer just laughed at me.

14. None of the officers were taking any notes.

15. None of the officers asked me to sign a statement or view photographs.

16. None of the officers did anything to investigate my complaint and did not even write a report or take my statement.

17. I felt like there was nothing that I could do to defend myself against the police, since the since the officers I talked at the Hartford Police Department, did not care about the sexual assaults that were happening to me and other prostitutes by Hartford police officers

18. I was transported back to Stonington Street by the uniformed officer.

19. For the next four years, I was repeatedly sexually assaulted by officers of the Hartford Police Department.

20. During that period of time, I became familiar with Sergeant Franco Sanzo.

21. Sergeant Franco Sanzo would often let me go if I was arrested.

2

22. Sergeant Sanzo also proposition me to go out with him on a date.

23. On August 19, 1998, I was contacted by Sergeant Sanzo, and Sergeant Betz regarding what had happen to me.

24. Apparently, Stacy Richards advised them that I had been sexually assaulted by Hartford police officers.

25. Ms. Richards, was also a prostitute who was being raped by Hartford police officers.

26. I also became aware that another women Yolando Santiago had also been assaulted by Officer Julio Camacho.

27. I was contacted by Agent Lisa Tuttie and Inspector Michael Dilullo on December 2, 1998 for the first time, approximately three months after my initial interview.

28. I was able to identify four officers who sexually assaulted me or participated in the assault.

29. Subsequent to my initial interview by Sergeants Sanzo and Betz on August 19, 1998, I was sexually assaulted by Officer Jesus Rivera in November of 1998. Neither Sergeant Sanzo or Betts ever showed me photos of department personnel so I could make an identification.

30. Officer Rivera has assaulted me several times in the past prior to my initial interview.

31. Officer Jesus Rivera forced me to engage in different forms of masturbation and oral sex with him under threat of arrest.

32. I first met Inspector Michael Dilullo and Agent Lisa Tuttie on December 2, 1998.

33. They me interviewed regarding sexual assaults by Hartford police on prostitutes.

34. I told Sergeant Lyons a few days later, on December 8, 1998 that during a chance encounter, I was assaulted by Officer, Jesus Rivera. During a previous assault Officer Rivera ordered me to masturbate with a police baton while he an Officer Salvatore Abbatiello watched.

35. Officer Rivera plead guilty to assaulting me and was given a substantial jail sentence.

36. Officer Rivera sexually assaulted three or four times prior to the November, 1998 incident.

37. On one occasion Rivera made me masturbate with a pole baton while he an Officer Abbbatiello watched.

38. I was never shown photographs of Officer Rivera.

39. I was very afraid to disclose this fact because noöne at the Police Department did anything that I am aware of to prevent this attack.

40. I did not trust or believe in the Hartford Police Department because of my prior dealings with them.

41. During the period 1994-1998, the sexual assaults took place repeatedly at the same locations mainly under bridges in parks.

42. I saw absolutely no supervisory officers checking on the whereabouts of any of the officers who assaulted me.

43. On several occasions, when I was being taken to be sexually assaulted, we would pass other officers in cruisers who I believed to be supervisory officers because of the markings on the police cruisers.

44. Noone ever investigated or questioned where I was being taken or why I was in the cruiser.

45. The sexual assaults took place in police cruisers or immediately outside of the cruisers, in public places.

46. During the course of the Federal Investigation, I was transported to and from the Niantic Womens Prison, with other women who claimed to have been raped by Hartford Police Officers.

47. Many of the women I knew only by street names and not their given names.

48. They were all prostitutes, I would often see prostitutes picked up by police officers in marked cruisers and later released Hartford police officers.

49. In subsequent conversations, many of these prostitutes confided in me that they had also been sexually assaulted, under threat of arrest.

50. Some of these same prostitutes had been transported to be interviewed with me as part of the same investigation.

5

51. I saw between ten to fifteen other prostitutes who were interviewed on the same day as my interview regarding allegations of sexual assaults against prostitutes by Hartford police officers.

52. No one in the Hartford Police Department ever spoke to me about the sexual assaults between the time of my initial interview on August 19, 1998 until December 2, 1998.

53. The four officers I identified were all convicted of sexual assault or related crimes in federal court.

54. I am also aware that Officer Julio Camacho was also convicted of sexual assault in federal court.

55. Officer Jesus Rivera has sexually assaulted on three or four occasions prior to the November 1998.

56. Officer Rivera normally made me hang my head out of the car while I lay on seat and he would masturbate on my face and breasts.

57. On some occasions he would ask me to kiss his testicles.

_Latoya Grasser_

BARRY LLOYD ORNSTEIN
Notary Public State of Nevada
No. 01-71681-1
My appt. exp. Oct. 29, 2005

Signed in my Presence on 9/21/03



COUNTY OF CLARK
STATE OF NEVADA

Subscribed and sworn before me on this 21 day of ~~August~~ Sept, 2003.

_____
Notary

7



## AFFIDAVIT OF YOLANDA SANTIAGO

I, Yolanda Santiago hereby swear and affirm as follows:

1. In 1997, I was sexually assaulted by Officer Julio Comacho.

2. As a result I filed a federal lawsuit against Julio Comacho, Chief Joseph Croughwell and the City of Hartford.

3. Officer Camacho advised me that if I didn't do what he wanted he would arrest me.

4. Officer Camacho forced me to engage in intercourse with him.

5. During the assault he forced me to get in front of the patrol car and to bend over so he could perform intercourse with me doggy style.

6. I was later in interview by the FBI to give statements about the sexual assault. I also had to give testimony in front of the Grand Jury regarding the sexual assault by Officer Julio Comacho.

7. At the time I gave my grand jury testimony, two other women, who I knew were prostitutes from my contact with them on the street were also there to give testimony before the grand jury.

8. I do not know these women given names.

9. Neither of these women were Latoya Grasser a/k/a Jane Doe II.

10.  My cousin Judy Cruz was also sexually assaulted by a Hartford Police officer around the same time as the assault on me.

_____
Yolanda Santiago

Subscribed and sworn to before me on this 28th day of August, 2003.

KHRYSTELLINA KHENG
NOTARY PUBLIC
MY COMMISSION EXPIRES 06/30/2007

_____
Notary



Case 3:01-cv-00278-DJS    Document 71-5    Filed 11/13/2003    Page 12 of 15

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE II | : | CIVIL ACTION |
| | : | NO. 3:01CV1026 (AHN)(HBF) |
| V. | : | |
| CITY OF HARTFORD, ET AL | : | APRIL 28, 2003 |

### AFFIDAVIT OF FRANCO SANZO

The undersigned, having been duly sworn, deposes and says that:

1. I am over the age of 18 years and understand and believe in the obligations of an oath. I have personal knowledge of the facts set forth herein.

2. I have been a sworn member of the Hartford Police Department since December 1983 and currently hold the rank of Sergeant.

3. I was promoted to Sergeant on September 17, 1995 and on April 10, 1997 I was transferred to the Vice and Narcotics Division.

4. On August 5, 1998, Detective Blair and I arrested Stacy Richard for prostitution in violation of Conn. Gen. Stat. § 53a-62. After being taken into custody, Richard informed us that two Hartford Police Officers had previously coerced her into performing sexual acts and that there may be other prostitutes with similar complaints.

5. The information obtained from Stacy Richard was immediately reported to Lt.

05645.0598

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Kenary, the Commander of the Vice and Narcotics Division. The information we reported to Lt. Kenary launched an Internal Affairs Investigation and later the creation of a joint law enforcement task force.

6.     While I was not assigned to investigate the complaint by Richard, I provided assistance to the investigation by identifying prostitutes who may be victims of or witnesses to the alleged civil rights abuses by Hartford police officers for Sgt. Betz to interview. The plaintiff was one of those prostitutes.

7.     On August 19, 1998, I assisted Sgt. Betz in locating the plaintiff for the purpose of interviewing her. At approximately 9:00 p.m., we located the plaintiff on Stonington Street, an area where she was known to frequent, and asked her if she had any information about Hartford police officers. The plaintiff agreed to speak with us and, in her recorded statement, she reported that she had been pressured on three or four occasions to provide sexual favors for one Hartford police officer. The plaintiff stated that she could not identify the officer. A transcription of her interview is attached as Exh. E.

8.     On December 8, 1998, Sgt. Lyons and I interviewed the plaintiff. During this interview, the plaintiff identified Officer Manny Rivera as another Hartford Police Officer who coerced her into performing sexual acts. To my knowledge, this was the first time the plaintiff identified Officer Rivera as someone who coerced her into performing sexual acts.

-2-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

9. At no time while employed by the Hartford Police Department did I have any supervisory role over Salvatore Gallo, Jesus "Manny" Rivera, Michael Basile or Salvatore Abbatiello.

_____
Franco Sanzo

Sworn and subscribed to on this 28 day of April, 2003.

_____
Commissioner of the Superior Court

417692.1(HS-FP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105