FILED

2003 NOV 21  P 2: 23

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE | : | CIVIL ACTION |
| | : | NO. 3:01CV278 (DJS) |
| V. | : | |
| CITY OF HARTFORD, ET AL | : | NOVEMBER 20, 2003 |

### MOTION TO STRIKE PORTIONS OF THE PLAINTIFF'S AFFIDAVIT AND THE AFFIDAVIT SUBMITTED BY YOLANDA SANTIAGO

Pursuant to Rule 56(e) and Rule 12(f) of the Federal Rules of Civil Procedure, the undersigned defendants, City of Hartford, Joseph Croughwell, Deborah Barrows and Robert Rudewicz, hereby move to strike those portions of the Affidavit by Yolanda Santiago and the affidavit by Jane Doe II (Latoya Grasser) which are not based upon personal knowledge or which contain inadmissible hearsay. For the reasons set forth in the attached Memorandum of Law, the defendants' motion should be granted.

05645.0598

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS:
CITY OF HARTFORD,
JOSEPH CROUGHWELL,
DEBORAH BARROWS AND
ROBERT RUDEWICZ

By _____
Brian P. Leaming
HALLORAN & SAGE LLP
Fed. Bar #ct16075
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 20th day of November, 2003, I hereby mailed a copy of the foregoing to:

Wesley S. Spears, Esq.
53 Russ Street
Hartford, CT 06106

William J. Melley, III, Esq.
250 Hudson Street
Hartford, CT 06106

_____
Brian P. Leaming

486664.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105