FILED

2003 DEC 22 P 1:5

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| JANE DOE | : CIVIL ACTION |
|     PLAINTIFF | : NO. 3:01CV278 (DJS) |
| V. | : |
| CITY OF HARTFORD, ET AL | |
|     Defendants | : DECEMBER 10, 2003 |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' RULE 56(a)(1)
STATEMENT OF UNDISPUTED MATERIAL FACTS IN
<u>OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Local Rule 56(a)(1) plaintiff hereby files her response to Defendants Statement of Material facts which they claim are not in dispute.

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Plaintiff has insufficient information to response to this statement of undisputed fact.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Denied.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Denied.

21. Denied.

22. Admitted.

23. Admitted.

24. Plaintiff has insufficient information to respond to defendants' statement of material undisputed facts.

25. Admitted.

26. Admitted.

27. Admitted.

28. Admitted.

29. Admitted.

30. Admitted.

31. Admitted.

32. Admitted.

33. Admitted.

34. Admitted.

35. Admitted

36. Admitted.

37. Admitted.

38. Admitted.

39. Admitted.

40. Admitted.

41. Admitted.

42. Admitted.

43. Admitted.

44. Admitted

45. Admitted.

46. Admitted.

47. Denied.

48. Denied.

49. Denied.

50. Admitted.

51. Admitted.

52. Admitted.

53. Admitted.

54. Admitted

55. Admitted.

56. Denied.

PLAINTIFF, JANE DOE II

By: /s/ Wesley S. Spears
Wesley S. Spears
53 Russ Street
Hartford, CT 06106
Tel. (860) 724-0505
Fax. (860) 249-1533
Federal Bar #01516

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed postage prepaid on this 19th day of December, 2003 to:

Brian Leaming
Halloran & Sage
225 Asylum Avenue
Hartford, CT 06103

William J. Melley
250 Hudson Street
Hartford, CT 06106

/s/ Wesley S. Spears