UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE,<br>Plaintiff | CIVIL ACTION NO.<br>3:01CV278 (DJS) |
| V. | |
| CITY OF HARTFORD,<br>Defendants | DECEMBER 30, 2003 |

## DEFENDANTS' OBJECTION TO
## PLAINTIFF'S LOCAL RULE 56(a)2 STATEMENT

The undersigned defendants, City of Hartford, Robert Rudewicz, Joseph Croughwell and Deborah Barrows, respectfully object to the plaintiff's late filing of her Local Rule 56(a)2 Statement of Facts. In support of this objection, the defendants submit the following.

The defendants filed their Motion for Summary Judgment, supporting Memorandum of Law and Local Rule 56(a)1 Statement of Material Facts on August 13, 2003. After receiving an extension of time, the plaintiff filed her Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment on November 13, 2003. The plaintiff did not submit a Local Rule 56(a)2 Statement as required. The undersigned defendants thereafter filed a Reply on November 24, 2003. In their reply brief, the defendants assumed that their statement of facts set forth in the Rule 56(a)1 Statement

---

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

were accepted as true, as mandated by the rule. On December 22, 2003, the plaintiff filed her Local Rule 56(a)2 Statement. No request for leave accompanied the motion. Therefore, no explanation was offered as to why her Local Rule 56(a)2 Statement was not filed until well after the defendants replied to the plaintiff's opposition brief and justifiably relied upon the fact that the plaintiff by not filing a Rule 56(a)2 Statement admitted to the facts set forth in the defendants' Rule 56(a)1 Statement. The defendants are therefore prejudiced by the fact that the plaintiff, without explanation, waited until after the filing of the reply brief before disputing the defendants' statement of material facts.

The defendants therefore object to the plaintiff's late filing of a Rule 56(a)2 Statement and request the Court to disregard it.

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

`

THE DEFENDANTS:
CITY OF HARTFORD,
ROBERT RUDEWICZ,
JOSEPH CROUGHWELL AND
JEFFREY FLAHERTY

By _____
Brian P. Leaming
HALLORAN & SAGE LLP
Fed. Bar #ct16075
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 30th day of December, 2003, I hereby mailed a copy of the foregoing to:

Wesley S. Spears, Esq.
53 Russ Street
Hartford, CT 06106-1523

William J. Melley, Esq.
250 Hudson Street
Hartford, CT 06106

_____
Brian P. Leaming

497571.1(HS-FP)

One Goodwin Square              HALLORAN        Phone (860) 522-6103
225 Asylum Street               & SAGE LLP      Fax (860) 548-0006
Hartford, CT 06103                              Juris No. 26105