UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE,<br>    Plaintiff | CIVIL ACTION NO.<br>3:01CV278 (DJS) |
| V. | |
| CITY OF HARTFORD,<br>    Defendants | JANUARY 7, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, City of Hartford, Robert Rudewicz, Joseph Croughwell and Jeffrey Flaherty, in the above-captioned matter, as the undersigned will no longer be engaged in the practice of law with this firm after January 7, 2004. The defendants continue to be represented by James J. Szerejko of Halloran & Sage LLP.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105

THE DEFENDANTS:
CITY OF HARTFORD,
ROBERT RUDEWICZ,
JOSEPH CROUGHWELL AND
JEFFREY FLAHERTY

By _____
Brian P. Leaming
HALLORAN & SAGE LLP
Fed. Bar #ct16075
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 7th day of January, 2004, I hereby mailed a copy of the foregoing to:

Wesley S. Spears, Esq.  
53 Russ Street  
Hartford, CT 06106-1523

William J. Melley, Esq.  
250 Hudson Street  
Hartford, CT 06106

**cc: *via certified mail:***

Mr. Robert Rudewicz  
State Marshal Commission  
765 Asylum Avenue  
Hartford, CT 06105

Mr. Joseph Croughwell  
5212 Holly Forrest Lane  
Hollywood, SC 29449

Alexander Aponte, Esq.  
Corporation Counsel's Office  
City of Hartford  
550 Main Street  
Hartford, CT 06103

Mr. Jeffrey Flaherty  
23 Edgewood Street  
Cromwell, CT 06416

Brian P. Leaming

500734.1(HS-FP)

One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

HALLORAN  
& SAGE LLP

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105