UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JANE DOE**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:01cv278(DJS) |
| **CITY OF HARTFORD**<br>    Defendant | : |

**ORDER**

The Motion to Withdraw Appearance (Doc. #77) of Brian Leaming is hereby **GRANTED.**

    **IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   12th   day of January, 2004.

                                    /s/DJS
                                    Dominic J. Squatrito
                                    United States District Judge