

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE,<br>　　　　Plaintiff | CIVIL ACTION NO.<br>3:01CV 278 (DJS) |
| VS. | |
| CITY OF HARTFORD,<br>DARYEL MCCROREY,<br>ROBERT RUDIEWICZ,<br>JOSEPH CROUGHWELL,<br>JEFFREY FLAHERTY,<br>　　　　Defendants | JANUARY 31, 2004 |

## APPEARANCE

Enter my appearance as Attorney for the defendants, City of Hartford, Robert Rudiewicz, Joseph Croughwell, and Jeffrey Flaherty, only, in the above-entitled case.

---

One Goodwin Square　　　　**HALLORAN**　　　　Phone (860) 522-6103
225 Asylum Street　　　　　**& SAGE LLP**　　　　Fax (860) 548-0006
Hartford, CT 06103　　　　　　　　　　　　　　　Juris No. 26105

DEFENDANTS,
CITY OF HARTFORD,
ROBERT RUDIEWICZ,
JOSEPH CROUGHWELL,
JEFFREY FLAHERTY,

BY: _____
Eric P. Daigle
Fed. Bar No. ct 23486
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

### CERTIFICATION

This is to certify that on this 30th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Wesley S. Spears, Esq.
53 Russ Street
Hartford, CT 06106-1523

William J. Melley, Esq.
Kenny, Brimmer, Melley & Mahoney
Five Grand Street
Hartford, CT 06106

_____
Eric P. Daigle

510088.1

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105