FILED

2004 OCT 25  A 11: 01

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE | : | CIVIL ACTION |
|     Plaintiff | : | NO. 3:01CV278 (DJS) |
| | : | |
| V. | : | |
| | : | |
| CITY OF HARTFORD; | : | |
| DARYEL McCROREY; | : | |
| ROBER RUDIEWICZ; | : | |
| JOSEPH CROUGHWELL; and | : | |
| JEFFREY FLAHERTY | : | OCTOBER 22, 2004 |
|     Defendant | : | ~~SEPTEMBER __, 2004~~ |

## STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties

hereto stipulate and agree that this action may be dismissed with prejudice, and without

costs or attorneys' fees being awarded to any of these named parties, and that

judgment enter accordingly.

THE PLAINTIFF:
JANE DOE

BY _Wesley S. Spears_
Wesley Spears
55 Russ Street
Hartford, CT 06106
(860) 724-0505

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANT
DARYEL McCROREY


By _____
William J. Melley
250 Hudson Street
Hartford, CT 06106
(860) 247-9933

THE DEFENDANTS
CITY OF HARTFORD,
ROBERT RUDIEWICZ, JOSEPH
CROUGHWELL and JEFFREY
FLAHERTY


By _____
Eric P. Daigle
HALLORAN & SAGE LLP
Fed. Bar #ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Daigle@halloran-sage.com
Their Attorneys

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this _22_ day of _October_ , 2004, a copy of the foregoing Stipulation to Dismiss was mailed, postage prepaid, to:

Wesley S. Spears, Esquire
55 Russ Street
Hartford, CT 06106-1523

William J. Melley, Esquire
250 Hudson Street
Hartford, CT 06106

_____
Eric P. Daigle

598529.1(HS-FP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105