## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JANE DOE** : | |
|     **Plaintiff** | |
| | |
| v.   : | CIVIL NO.: 3:01cv278(DJS) |
| | |
| **CITY OF HARTFORD, ET AL** : | |
|     **Defendants** | |

### ORDER

The Stipulation of Dismissal (Doc. #81) with prejudice is hereby **GRANTED.** The Clerk is hereby **ordered to close this case**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   27th   day of October, 2004.


                                                 /s/DJS
                                               Dominic J. Squatrito
                                               United States District Judge